DOWLING & CAMP, INC., a corporation, R. A. HENDERSON, JR., JONNIE STARNES HENDERSON, FRANK J. HENDERSON and AVIS HENDERSON, v. EDWARD H. ALFORD, J. R. ALFORD, HELEN A. ALFORD, MARY A. MORGAN, MARION A. DUNN, J. E. DUNN, THOMAS J. REDDING, MARY A. HOLSENBECK and HOWARD HOLSENBECK.

17 So. (2nd) 615                          January Term, 1944
April 18, 1944                                Division B

*Henderson, Franklin, Starnes & Holt,* for petitioners.
*Williams & Dart,* for respondents.

PER CURIAM:

Petition for certiorari under Rule 34 is denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.